IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CYNTHIA TEASLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:07-1148 |
| | ) | Judge Trauger |
| AIM HEALTHCARE SERVICES, INC., | ) | Magistrate Judge Bryant |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On April 29, 2009, the magistrate judge issued a Report and Recommendation (Docket No. 21), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the defendant's Motion to Dismiss (Docket No. 18) is GRANTED, and this case is DISMISSED without prejudice.

It is so **ORDERED**.

ENTER this 11th day of May 2009.

_____
ALETA A. TRAUGER
U.S. District Judge